

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-17-00595-CR

Christopher M. **HARBER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we GRANT counsel's motion to withdraw. We ABATE this appeal and REMAND the case to the trial court for appointment of new counsel to represent appellant on appeal.

We ORDER the trial court clerk to file a supplemental clerk's record containing the order appointing new appellate counsel within thirty days from the date of this order.

It is so **ORDERED** on October 24, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court